Order entered October 5 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00428-CR

**JUSTIN TRAVIS LIGHTFOOT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-84257-2011**

## ORDER

The Court **REINSTATES** this appeal.

On August 16, 2012, we denied appellant's second motion to extend time to file his brief and ordered the trial court to make findings. We **ADOPT** the findings that: (1) appellant is indigent; (2) appellant desires to pursue the appeal; and (3) appellant's brief has been tendered to the Court. We received the brief on September 6, 2012.

We **ORDER** appellant's brief filed as of the date of this order.

DAVID L. BRIDGES
JUSTICE